Form B18 (Official Form 18)(10/05)

# United States Bankruptcy Court

District of Kansas
Case No. **05–24924**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kim Renee Wipf  
6428 SW 24th St  
Topeka, KS 66614

Lynn Allen Wipf  
6428 SW 24th St  
Topeka, KS 66614

Social Security No.:
xxx–xx–5277                              xxx–xx–7592

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 3/15/06

Robert D. Berger  
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes **(applies to cases filed on or after October 17, 2005);**

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans **(applies to cases filed on or after October 17, 2005).**

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 1083-2           User: kbarry                Page 1 of 2              Date Rcvd: Mar 15, 2006
Case: 05-24924                 Form ID: b18                Total Served: 35


The following entities were served by first class mail on Mar 17, 2006.
 db          +Kim Renee Wipf,    6428 SW 24th St,    Topeka, KS 66614-4389
 jdb         +Lynn Allen Wipf,    6428 SW 24th St,    Topeka, KS 66614-4389
 aty          George J. Thomas,    5250 West 94th Terrace,    Suite 106,    Prairie Village, KS  66207-2502
 tr           Carl R Clark,    P.O. Box 12167,    Overland Park, KS  66282-2167
4803776       AT and T Universal,    PO Box 6414,    The Lakes NV 88901-6414
4803777       Bank of America,    PO Box 650260,    Dallas TX 75265-0260
4803778       Capital One FSB,    PO Box 790217,    Saint Louis MO 63179-0217
4803780       Cenex,    PO Box 64588,    Saint Paul MN 55164-0588
4803781       Chase Visa,    PO Box 94014,    Palatine IL 60094-4014
4803783       Citifinancial,    PO Box 6931,    The Lakes NV 88901-6931
4803785       GMAC Financing,    PO Box 630071,    Dallas TX 75263-0071
4803786       GMAC Payment Processing,    PO Box 9001951,    Louisville KY 40290-1951
4803788       HSBC Card Services,    PO Box 60102,    City Of Industry CA 91716-0102
4803787       Household Bank,    PO Box 15521,    Wilmington DE 19850-5521
4803791      +Joan Schmidt,    712 Random Rd,    Hesston KS 67062-9021
4803792       Kansas Department of Revenue,    Civil Tax Enforcement,    PO Box 12005,    Topeka KS 66612-2005
4803793      +Kay Jewelers,    PO Box 740425,    Cincinnati OH 45274-0425
4803796       MBNA America,    PO Box 15137,    Wilmington DE 19886-5137
4803795       MBNA America,    PO Box 15286,    Wilmington DE 19886-5286
4803794      +Mark McKenzie,    3000 W Leota,    North Platte NE 69101-6395
4803797      +Paul A Honaker,    4109 SW 29th St,    Topeka KS 66614-2220
4803799       Sallie Mae Servicing,    PO Box 9500,    Wilkes Barre PA 18773-9500
4803800       Talbots,    PO Box 740158,    Cincinnati OH 45274-0158
4803802       Wells Fargo Bank na,    PO Box 5169,    Sioux Falls SD 57117-5169
4803803       Wells Fargo Home Mortgage,    PO Box 6429,    Carol Stream IL 60197-6429
4803804       Wells Fargo Home Mortgage Inc,    PO Box 10437,    Des Moines IA 50306-0437

The following entities were served by electronic transmission on Mar 16, 2006 and receipt of the transmission
was confirmed on:
 aty         +E-mail: katherine.wieland@usdoj.gov Mar 16 2006 02:31:06     William F. Schantz,
               Office of U. S. Trustee,    301 North Main-Ste. 500,    Wichita, KS 67202-4805
 ust         +E-mail: katherine.wieland@usdoj.gov Mar 16 2006 02:31:10     Mary May,
               Office of the United States Trustee,    301 North Main Suite 500,    Wichita, KS 67202-4805
4803777       EDI: BANKAMER2.COM Mar 15 2006 22:37:00      Bank of America,    PO Box 650260,
               Dallas TX 75265-0260
4803779       EDI: TSYS.COM Mar 15 2006 22:37:00      Casual Corner,    PO Box 530993,    Atlanta GA 30353-0993
4803782      +EDI: CHASE.COM Mar 15 2006 22:37:00      Chase Visa,    PO Box 52126,    Phoenix AZ 85072-2126
4803783       EDI: CIAC.COM Mar 15 2006 22:37:00      Citifinancial,    PO Box 6931,    The Lakes NV 88901-6931
4803784       EDI: DISCOVER.COM Mar 15 2006 22:37:00      Discover Card,    PO Box 30395,
               Salt Lake City UT 84130-0395
4803788       EDI: HFC.COM Mar 15 2006 22:37:00      HSBC Card Services,    PO Box 60102,
               City Of Industry CA 91716-0102
4803787       EDI: HFC.COM Mar 15 2006 22:37:00      Household Bank,    PO Box 15521,    Wilmington DE 19850-5521
4803789      +EDI: IRS.COM Mar 15 2006 22:37:00      Internal Revenue Service,    Special Procedures Branch,
               271 W 3rd St N   Ste 3000,    STOP 5333 WIC,    Wichita KS 67202-1212
4803790       EDI: TSYS.COM Mar 15 2006 22:37:00      JC Penny,    PO Box 960001,    Orlando FL 32896-0001
4803798       EDI: PROVID.COM Mar 15 2006 22:38:00      Providian Payment Processing,    PO Box 30176,
               Los Angeles CA 90030-0176
4803801      +EDI: PROVID.COM Mar 15 2006 22:38:00      Visa,    PO Box 660548,    Dallas TX 75266-0548
4803802       EDI: WFFC.COM Mar 15 2006 22:38:00      Wells Fargo Bank na,    PO Box 5169,
               Sioux Falls SD 57117-5169
4803803       EDI: WFFC.COM Mar 15 2006 22:38:00      Wells Fargo Home Mortgage,    PO Box 6429,
               Carol Stream IL 60197-6429
4803804       EDI: WFFC.COM Mar 15 2006 22:38:00      Wells Fargo Home Mortgage Inc,    PO Box 10437,
               Des Moines IA 50306-0437
                                                                                                TOTAL: 16

                 ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 17, 2006**     **Signature:**     _/s/ Joseph Speetjens_